| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Harmon, Melinda | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>May 11, 2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate ful- or -art-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b<br>☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>515 Rusk, Suite 9114<br>Houston, Texas 77002 | 8. On the basis of information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer: _____    Date: _____, 2007 | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions)

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Harmon Family Trust (unfunded) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp.14-16 of instructions)

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Harmon, Melinda

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (Yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable noninvestment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Partner, Crain, Caton & James Lawfirm |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS. - *transportation, lodging, food, entertainment* *(includes those to spouse and dependent children. See pp 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 5/11/2009 - 5/12/2009 | New York, NY | Panelist at securities seminar | Food, lodging, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts )*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children See pp. 32-34 of Instructions )*

[ ] NONE *(No reportable gifts.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | Secured Note | J |
| 2. | Bank of America | Credit Card | K |
| 3. | Capital One | Credit Card | K |
| 4. | Capital One | Unsecured Note | J |
| 5. | Bank of America | Credit Card | J |
| 6. | Bank of America | Credit Card | J |
| 7. | Bank of America | Credit Card | J |
| 8. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2010 |

## VII.    INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable non-investment income.)*

| A.<br><br>Description of Assets<br>(including trust assets).<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. Div., rent. or int.) | (1)<br>Amount Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. Buy, sell, merger, redemption.) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1.  **IRA #1** | E | Div | P1 | T | | | | | |
| 2.  --- Exxon Mobil | | | | | | | | | |
| 3.  — AIM Constellation Fund, Class A | | | | | | | | | |
| 4.  — Western Asset Money Mkt Fund | | | | | | | | | |
| 5.  **IRA #2** | A | Div | K | T | | | | | |
| 6.  — Western Asset Money Mkt Fund, Class A | | | | | | | | | |
| 7.  — AIM constellation Fund, Class A | | | | | | | | | |
| 8.  **IRA #3** | A | Div | M | T | | | | | |
| 9.  -- Western Asset Money Mkt Fund, Class A | | | | | | | | | |
| 10.  - - Triumph Resources | | | | | | | | | |
| 11.  — Zweig Total Return Fund, Inc. | | | | | | | | | |
| 12.  AIM Constellation Fund, Class A | | | | | | | | | |
| 13.  ---- Alliance Bernstein Large Cap Growth Fund, Class C | | | | | | | | | |
| 14.  Law Firm 401K Profit Sharing Plan | None | | N | T | | | | | |
| 15.  Real Estate, Dallas, Tx, Parcel 1 | B | Rent | K | Q | | | | | |
| 16.  Real Estate, Dallas, Tx, Parcel 2 | B | Rent | J | Q | | | | | |
| 17.  Mineral Royalty Interest (Y) | | | | | | | | | |
| 18.  Extraordinary Life Policy, Northwestern Mutual | B | Div | K | T | | | | | |
| 19.  North Western Mutual "65 Life" Policy #1 | A | Div | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code<br>(See Columns C1 and D3) | J= $15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Columns C2) | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| | Q =Appraisal | | S=Assessment | | |
| | U=Book Value | V = Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 11, 2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children  See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 20. Northwestern Mutual "65 Life" Policy #2 | A | Div | J | T | | | | | |
| 21. Northwestern Mutual "65 Life" Policy #3 | A | Div | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34. | | | | | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39 | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F=$$50,001 - $100,000 | G – $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. | Value Method Codes (See ColumnsC2) | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| | | Q=Appraisal | V = Other | S=Assessment | | |
| | | U=Book Value | | W=Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS - *(Indicate part of Report.)*

I.  Unfunded trust.

VII.  Line 14

Share in ABA Retirement Profit Sharing Plan.  Participant's share is invested in the Index Equity Fund, a mutual fund and in a self managed account investing in Dreyfus Appreciation Mutual Fund.

Lines 15 and 16

Undivided 1/8 interest in two pieces of property in Dallas, Texas.  Date of appraisal December 6, 1994.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app.. § 501 et. Seq., 5 U.S.C. § 7353 and Judicial Conference Regulations.

Signature _____                    May 11, 2010

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C, App., § 104.)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C.  20544